UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

EASTERN DIVISION

| | |
|---|---|
| LANA MARIE GOBER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. 5:21-cv-00107-AFM<br><br>[PROPOSED] JUDGMENT |

　　Based on the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment and based on the order remanding, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 8/17/2021

_____
HON. ALEXANDER F. MACKINNON
United States Magistrate Judge

-1-